# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE FRITCHER,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>JOSEPH MELVIN R. WUESTER MARY, MIKE STACY, HANSEN JANET, LPPSR, DOES 1-250,<br><br>　　　　　Defendants.<br>_____/ | CASE NO.　1:11-cv-1900-LJO-MJS<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(ECF No. 2) |

Plaintiff Julie Fritcher ("Plaintiff") is proceeding pro se in this action. Plaintiff filed a Motion to Proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on November 15, 2011 (ECF No. 2.) The Court has reviewed the Motion and finds that Plaintiff's application demonstrates that he is entitled to proceed without prepayment of fees. Plaintiff's Motion to Proceed in forma pauperis is therefore GRANTED.

IT IS SO ORDERED.

Dated:　December 1, 2011　　　　　　　/s/ *Michael J. Seng*
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE