1
2
3
4
5
6

# UNITED STATES DISTRICT COURT

7
8

## EASTERN DISTRICT OF CALIFORNIA

9
10

JULIE FRITCHER,                                          CASE NO.    1:11-cv-1900-LJO-MJS

11

            Plaintiff,                          ORDER GRANTING MOTION TO
PROCEED IN FORMA PAUPERIS

12

   v.

13

JOSEPH MELVIN R. WUESTER MARY ,   (ECF No. 2)
MIKE STACY, HANSEN JANET, LPPSR,

14

DOES 1-250,

15

            Defendants.

16
17

_____ /

18

     Plaintiff Julie Fritcher ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed a

19

Motion to Proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on November 15, 2011

20

(ECF No. 2.)  The Court has reviewed the Motion and finds that Plaintiff's application

21
22

demonstrates that he is entitled to proceed without prepayment of fees.  Plaintiff's Motion

23

to Proceed in forma pauperis is therefore GRANTED.

24
25

IT IS SO ORDERED.

26
27

Dated:    December 1, 2011          /s/ *Michael J. Seng*

                      UNITED STATES MAGISTRATE JUDGE