1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

8

## EASTERN DISTRICT OF CALIFORNIA

9
10

JULIE FRITCHER,

CASE NO.    1:11-cv-01900-LJO-MJS

11

Plaintiff,

ORDER ADOPTING FINDINGS AND RECOMMENDATION FOR DISMISSAL OF ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION

12
13

v.

14

MELVIN R. JOSEPH, et al.,

(ECF No. 8)

15
16

Defendants.

17

_____/

18
19

Julie Fritcher ("Plaintiff"), an enrolled tribal member of the Lone Pine Paiute-

20

Shoshone Tribe ("Tribe"), brings this action in pro persona and in forma pauperis against

21
22

the Lone Pine Paiute-Shoshone Indian Reservation, Defendant tribal officers Melvin

23

Joseph, Mary Wuester, Stacey Mike, Janet Hansen, and Beverly Newell, and Does 1-250.

24

She seeks freedom of information access to Tribe documents and relief for Defendants'

25

failure to comply with federal grant funding contract requirements and Tribe governance

26

obligations.

27

-1-

1   The matter was referred to a United States Magistrate Judge Pursuant to 28 U.S.C.

2   636(b)(1)(B) and Local Rules of the United States District Court - Eastern District of

3   California, Rule 302.

4   On February 28, 2012, a Findings and Recommendation for Dismissal (Findings and

5   Recommendation, ECF No. 8) was filed in which the Magistrate Judge reviewed Plaintiff's

6

7   Complaint, found that the claims asserted do not demonstrate a basis for federal subject

8   matter jurisdiction and recommended that this action be dismissed without prejudice for lack

9   of subject matter jurisdiction. Plaintiff was notified that her Objection, if any, was due within

10  thirty (30) days of service. Plaintiff has not filed Objections or otherwise responded to the

11

12  February 28, 2012 Findings and Recommendation.

13  In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has

14  conducted a de novo review of this case. Having carefully reviewed the entire file, the

15  Court finds the Findings and Recommendation to be supported by the record and by

16  proper analysis.

17  ////////

18  ////////

19  ////////

20  ////////

21  ////////

22  ////////

23  ////////

24  ////////

25  ////////

26  ////////

27  ////////

Accordingly, IT IS HEREBY ORDERED that:

1.    The Court adopts the Findings and Recommendation filed February 28, 2012, in full (ECF No. 8);

2.    This action is dismissed, without prejudice, for a lack of subject matter jurisdiction;

3.    All motions pending in this action are denied as moot;

4.    The Clerk of the Court shall enter judgment hereon and close this action.

IT IS SO ORDERED.

Dated:    **April 9, 2012**                          **/s/ Lawrence J. O'Neill**
                                                                  UNITED STATES DISTRICT JUDGE